168 A.3d 62

**JORDAN, Kenneth Orlando**

v.

**STATE of Maryland**

**Pet. Docket No. 172, Sept.Term, 2017**

Court of Appeals of Maryland.

August 25, 2017

Opinion of the Court of Special Appeals unreported (No. 1089, Sept. Term, 2016).

Petition for writ of certiorari denied

■

168 A.3d 62

**LAWRENCE, Nathaniel**

v.

**STATE of Maryland**

**Pet. Docket No. 178, Sept. Term, 2017**

Court of Appeals of Maryland.

August 25, 2017

Opinion of the Court of Special Appeals unreported (No. 73, Sept. Term, 2016).

Petition for writ of certiorari denied